**Order entered July 23, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00897-CV

### IN RE JAMES DONDERO, Relator

**Original Proceeding from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-16417**

## ORDER

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.

We **DENY** as moot the motion for emergency stay. We **ORDER** relator to bear the costs of this

original proceeding.


/s/     MOLLY FRANCIS
         JUSTICE